UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DANIEL LACKS,**

        **Petitioner,**

**V.**

**Civil No. 03-70169**
**Criminal No. 01-80812**
**Honorable John Feikens**

**UNITED STATES OF AMERICA,**

        **Respondent.**
_____/

## ORDER OF DISMISSAL

Counsel have notified this court that the Motion under 28 USC 2255 is now MOOT.

Therefore, IT IS HEREBY ORDERED that this case is DISMISSED.

**Date: March 29, 2006**        s/John Feikens
        **JOHN FEIKENS**
        **UNITED STATES DISTRICT JUDGE**

Proof of Service

I hereby certify that the foregoing order was served on the attorneys/parties of record on March 29, 2006, by U.S. first class mail or electronic means.

s/Carol Cohron
Case Manager

2:01-cr-80812-JF   Doc # 18   Filed 03/29/06   Pg 2 of 2   Pg ID 31