PROB 12C
(7/93)

# United States District Court



for the

## Eastern District of Michigan

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel LACKS  Case Number: 01-CR-80812-DT-01

Name of Sentencing Judicial Officer: John Feikens

Date of Original Sentence: May 13, 2002

Original Offense: Bank Fraud

Original Sentence: Custody of the Bureau of Prisons for a term of one year, followed by five years supervised release. The following special conditions were imposed: 1) The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter; 2) The defendant shall provide the Probation Department access to any requested financial information; 3) The defendant shall not incur new charges or open additional lines of credit without the approval of the Probation Department unless the defendant is in compliance with the payment schedule; and 4) The defendant shall make monthly restitution payments as directed by the Court, at a rate recommended by the Probation Department, toward the restitution balance. Criminal monetary penalties of $100.00 special assessment and $45,997.72 restitution were imposed.

Type of Supervision: Supervised Release  Date Supervision Commenced: July 15, 2003

Assistant U.S. Attorney: Cynthia Oberg  Defense Attorney: Richard Helfrick

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Violation of Standard Condition No. 2:** "THE DEFENDANT SHALL REPORT TO THE PROBATION OFFICER AS DIRECTED BY THE COURT AND SUBMIT A TRUTHFUL AND COMPLETE WRITTEN REPORT WITHIN THE FIRST FIVE DAYS OF EACH MONTH." |

Mr. Lacks was directed to report to the Richmond, Virginia Probation Department upon his arrival for courtesy supervision. To date, Mr. Lacks

PROB 12C
(7/93)

Honorable John Feikens RE: LACKS, Daniel
January 31, 2006
Page Two

        has not reported to the department, nor has he contacted this writer. His current whereabouts are unknown.

        Mr. Lacks has falsified his Written Monthly Reports for the months of July 2005 through October 2005 by indicating he was employed as a Placement Developer for Qualigence, under the direction of Mr. Steve Lowicz. The Probation Department is in possession of a letter from Qualigence indicating Mr. Lacks was only employed through them from June 20, 2005 through June 24, 2005. Mr. Lacks also provided fraudulent pay stubs from the company until October 2005.

2      **Violation of Standard Condition No. 5:** "THE DEFENDANT SHALL WORK REGULARLY AT A LAWFUL OCCUPATION UNLESS EXCUSED BY THE PROBATION OFFICER FOR SCHOOLING, TRAINING, OR OTHER ACCEPTABLE REASONS."

        Mr. Lacks has not been legitimately employed since June 24, 2005.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 31, 2006

Heather L. Rapotec
United States Probation Officer

---

THE COURT ORDERS:

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

United States District Judge

3/29/2006

Date