# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### OFFICE OF THE CLERK
Lewis F. Powell, Jr. U.S. Courthouse Building
1000 East Main Street
Suite 305
Richmond, Virginia 23219

**FERNANDO GALINDO**
**ACTING CLERK OF COURT**

| Telephone: | Area Code 804 |
|---|---|
| Administrative | 916-2200 |
| Jury-Financial | 916-2212 |
| Criminal | 916-2230 |
| Civil | 916-2220 |
| Web site | www.vaed.uscourts.gov |

June 21, 2006

David J. Weaver, Clerk
Theodore Levin U. S. Courthouse
231 W. Lafayette Boulevard
Detroit, Michigan 48226

RE:  U. S. v. Daniel Lacks
     Your Case No. 01-CR-80812-DT-01
     Criminal No. 3:06MJ289-DWD

FILED
JUN 2 3 2006
CLERK'S OFFICE
DETROIT

Dear Sir:

Enclosed please find certified copies of Rule 32 documents in the above-referenced case. Also included are docket entries for this matter.

Sincerely,

FERNANDO GALINDO, ACTING CLERK

By: *Deborah H. Thompson*

Deborah H. Thompson, Deputy Clerk

*Divisional Offices:*   •   *Alexandria*   •   *Newport News*   •   *Norfolk*   •   *Richmond*   •

CLOSED

## U.S. District Court
## Eastern District of Virginia (Richmond)
## CRIMINAL DOCKET FOR CASE #: 3:06-mj-00289-DWD-ALL
## Internal Use Only

Case title: USA v. Lacks                           Date Filed: 06/15/2006

Assigned to: Magistrate Judge Dennis W. Dohnal

**Defendant**

Daniel Lacks (1)                    represented by   Amy Leigh Austin
TERMINATED: 06/20/2006                               Office of the Public Defender
                                                     830 East Main Street
                                                     Suite 1100
                                                     Richmond, VA 23219
                                                     (804) 343-0800
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*
                                                     Designation: Public Defender

                                                     Michael Stefan Nachmanoff
                                                     Office of the Federal Public Defender
                                                     1650 King St
                                                     Suite 500
                                                     Alexandria, VA 22314
                                                     (703) 600-0800
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*
                                                     Designation: Public Defender

**Pending Counts**                                   **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                                **Disposition**
None                                                 A TRUE COPY, TESTE:
                                                     CLERK, U.S. DISTRICT COURT

**Highest Offense Level (Terminated)**               BY Deborah A. Thompson
None                                                    DEPUTY CLERK

**Complaints**                                       **Disposition**
None

**Plaintiff**

USA                                 represented by   Olivia Hawkins
                                                     United States Attorney's Office
                                                     600 E Main St
                                                     18th Fl
                                                     Richmond, VA 23219
                                                     (804) 819-5400
                                                     *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/15/2006 | | Arrest (Rule 32) of Daniel Lacks (dtho, ) (Entered: 06/15/2006) |
| 06/15/2006 | 1 | Minute Entry for proceedings held before Judge Dennis W. Dohnal :Initial Appearance as to Daniel Lacks held on 6/15/2006; Appearances: Olivia Hawkins,AUSA; Deft. w/o counsel. Court Hours: :04/:09. Matter came on for initial appearance on warrant out of the Eastern District of Michigan. Deft. advised of violations alleged in the petition. Deft. requested court-appointed counsel. Request granted based upon deft's representation that he had court-appointed counsel in Michigan. Clerk directed to appoint counsel. Preliminary hearing set for June 20, 2006, at 3:00 p.m. Deft. acknowledged that he was the person named in the petition. Identity hearing waived. Deft. remanded to custody. (FTR Gold.) (dtho, ) (Entered: 06/15/2006) |
| 06/15/2006 | 2 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Daniel Lacks Michael Stefan Nachmanoff for Daniel Lacks appointed. . Signed by Judge Dennis W. Dohnal on 06-289. (dtho, ) (Entered: 06/15/2006) |
| 06/15/2006 | | Set/Reset Hearings as to Daniel Lacks: Preliminary Examination set for 6/20/2006 03:00 PM before Magistrate Judge Dennis W. Dohnal. (dtho, ) (Entered: 06/15/2006) |
| 06/16/2006 | 3 | NOTICE OF ATTORNEY APPEARANCE: Amy Leigh Austin appearing for Daniel Lacks (dtho, ) (Entered: 06/16/2006) |
| 06/20/2006 | 4 | Minute Entry for proceedings held before Judge Dennis W. Dohnal :Preliminary Examination as to Daniel Lacks held on 6/20/2006; Appearances: Olivia Hawkins, AUSA; Amy L. Austin, AFPD; Court Hours: :37. Matter came on for preliminary hearing. Govt. adduced evidence, rested. Arguments heard. Findings stated from the bench. Court found probable cause on the monthly report portion of Condition #1 only. Deft. ordered held w/o bond and remanded to custody for immediate transportation to the Eastern District of Michigan. (FTR Gold.) (dtho, ) (Entered: 06/20/2006) |
| 06/20/2006 | 5 | COMMITMENT TO ANOTHER DISTRICT as to Daniel Lacks. Defendant committed to District of Eastern District of Michigan. . Signed by Judge Dennis W. Dohnal on 06/20/06. (dtho, ) (Entered: 06/20/2006) |
| 06/20/2006 | | ***Terminated defendant Daniel Lacks, pending deadlines, and motions. (dtho, ) (Entered: 06/20/2006) |
| 06/20/2006 | | ***Set/Clear Flags as to Daniel Lacks (dtho, ) (Entered: 06/20/2006) |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION


FILED
JUN 20 2006
d/dhf
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

PROCEEDINGS BEFORE MAGISTRATE JUDGE Dohnal    DATE: June 20, 2006

CASE NO. 3:06MJ289    INTERPRETER _____

Tape NO. FTR

U.S. V. Daniel Lacks

Counsel for Government    Olivia Hawkens

Counsel for Defendant(s)    Amy L. Austin

WITNESSES:
Kristin Simon, US Probation

PROCEEDINGS:  INITIAL APPEARANCE ____   ~~DETENTION~~ Preliminary HEARING ✓

_____ Govt's motion to unseal indictment, granted
_____ ARREST DATE _____
_____ Court summarized charges
_____ Court advises of deft's Rule 5 rights
_____ Financial Affidavit submitted for approval
_____ CJA counsel to be appointed
_____ Deft. to retain counsel
_____ Govt's motion to detain deft. ____ granted ____ denied
_____ Deft requests continuance to prepare for detention hearing
_____ Govt. requests continuance to prepare for detention hearing
_____ Detention hearing set for _____
_____ Order of Temporary Detention pending hearing
✓ Govt. adduced evidence, rested
_____ Deft. adduced evidence, rested
✓ Arguments heard
✓ Findings stated from the bench

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY Deborah A. Thompson
DEPUTY CLERK

4

Order of Detention Pending Trial
Court: Orders bond set at _____

_____ Residence/travel restricted to EDVA
_____ Pretrial Supervision
_____ No drugs, firearms, alcohol
_____ Maintain/seek employment
_____ Avoid contact with potential witnesses, victims, etc.
_____ substance abuse testing and treatment; pay costs
_____ Electronic monitoring; pay costs
_____ 3rd party custodian
_____ Maintain contact with attorney
_____ Surrender passport   _____ obtain no passport
_____ If deft pleads guilty or found guilty report to PO
_____ May report to AUSA as long as attorney is present
_____ Remain inside and may only leave with approval of Pretrial
_____ Additional conditions:

PC found only on the monthly report portion of Condition #1. Deft. ordered held w/o bond. Deft. remanded to custody for immediate transport to Michigan.

Case set: 3:00   Case called: 3:02   Case ended: 3:39   Total: :37

(Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

____EASTERN____ District of ____VIRGINIA____

JUN 2 0 2006
d/dht
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |
| DANIEL LACKS | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 01-CR-80812-DT-01 | 3:06MJ289 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment   ☐ Information   ☐ Complaint   x Other (specify) Supervised Release Violation

charging a violation of _____ U.S.C. §

**DISTRICT OF OFFENSE**
Eastern District of Michigan

**DESCRIPTION OF CHARGES:**

Violation of the terms and conditions of probation/supervise release

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY _Deborah N. Thompson_
DEPUTY CLERK

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | ☐ Federal Defender Organization | ☐ CJA Attorney | x None |

| Interpreter Required? | X No | ☐ Yes | Language: |

**DISTRICT OF** Eastern District of Virginia (Richmond)

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_6/20/06_                              _Dennis W. Dohnal_
Date                                      Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

5

FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,

v.                                              Case No. 3:06MJ289

DANIEL LACKS,
        Defendant.

## NOTICE OF APPEARANCE

This notice is to advise the Court that Amy L. Austin, Assistant Federal Public Defender, will serve as counsel for the above-referenced defendant on behalf of the Office of the Federal Public Defender.

Respectfully submitted,

DANIEL LACKS

By: _____
      Counsel

Amy L. Austin
Office of the Federal Public Defender
830 E. Main Street, Suite 1100
Richmond, VA 23219
(804) 565-0830
(804) 648-5033 (fax)

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _Deborah M. Thompson_
      DEPUTY CLERK

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Notice of Appearance was sent via facsimile to Olivia Hawkins, Assistant United States Attorney, on June 16, 2006.

_____
Amy L. Austin

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO. 3:06MJ289 |
| ) | |
| DANIEL LACKS ) | |

### ORDER

The Office of the Federal Public Defender is hereby APPOINTED to serve as counsel for the above defendant in all proceedings before the United States District Court and an attorney in that office shall forthwith note an appearance as counsel of record.

The Clerk is directed to send a copy of this Order to the Office of the Federal Public Defender and all other counsel of record.

And it is so ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: JUN 1 5 2006

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____
DEPUTY CLERK

# United States District Court

___Eastern___ DISTRICT OF ___Virginia___

JUN 15 2006
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## CRIMINAL MINUTES

Proceedings before Magistrate: __Dohnal__ Dated: __June 15, 2006__ Tape: __FTR__

Magistrate's/Case No. __3:06MJ289__

UNITED STATES OF AMERICA

v.

__Daniel Lacks__

: Initial/Preliminary Hearing ( )
: Arraignment/Trial ( )
: Probation/Identity ( )
: Rule 5(a)/Bond Hearing ( )
: Sentencing ( )
: Other _____ ( )

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Officer/Agency _____  AUSA __Olivia Hawkins__

Counsel __w/o counsel__

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

MINUTES: Matter came on for initial appearance. Deft. advised of violations alleged in the petition. Deft requested court-appointed counsel. Request granted based upon deft's having court-appointed counsel in Michigan. Clerk directed to appoint counsel. Preliminary hearing set for June 20, 2006, @ 3:00 P.M. Deft. acknowledged he was the person named in the petition. Identity hearing waived. Deft remanded to custody.

JUDGMENT: _____

PRESENTENCE REPORT ORDERED: _____

DEFENDANT RELEASED ON BOND: _____

SENTENCE: _____

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY __Deborah N. Thompson__
DEPUTY CLERK

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Case Set: __2:45__ Case Called: __2:50__ Case Ended: __2:54__ Total: __:04/:09__