Prob 19
(1/82)

# United States District Court
## for the
## Eastern District of Michigan

FID 603018

U.S.A. v. LACKS, Daniel

Docket No.  01-CR-80812-DT-01

## TO:  Any United States Marshal or any Other Authorized Officer.

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE | | | |
|---|---|---|---|
| **You are hereby commanded to arrest** the within-named defendant and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the Court. | | | |
| Name of Subject<br>LACKS, Daniel | Sex<br>Male | Race<br>White | Age<br>41 |
| Address (Street, City, State)<br>7518 Marbrett Drive Apt. 303, Richmond, Virginia 23225-5022 | | | |
| Sentence Imposed by (Name of Court)<br>United States District Court, Detroit, Michigan | | | |
| To Be Brought Before ( Name of Court, City, State)<br>United States District Court, Detroit, Michigan | | | |
| Clerk<br>David J. Weaver | (By) Deputy Clerk | | Date<br>MAR 31 2006 |

| RETURN | | |
|---|---|---|
| Warrant Received and Executed. | Date Received | Date Executed<br>6/28/06 |
| Executing Agency (Name and Address) | | |
| Name<br>Robert Gibbs | (By)<br>Bryant Bse Bebe | Date<br>6/28/06 |