245B [Rev. 12/03] Judgment in a Criminal Case for Revocation
Sheet 1

Judgment-Page 1 of 3

# United States District Court
## Eastern District of Michigan

United States of America    Case Number: 01CR80812-1
V.                          USM Number: 25600-039/15307-039
Daniel Lacks                Hon. John Feikens

**JUDGMENT IN A CRIMINAL CASE**
Revocation of Supervised Release
(For Offenses Committed On or After November 1, 1987)

F I L E D
AUG 2 1 2006
CLERK'S OFFICE
DETROIT

Richard Helfrick
Defendant's Attorney

| Violation Number | Nature of Offense | Date Violation Occurred |
|---|---|---|
| 1 | Standard Condition #2: The defendant did not report to the Richmond, VA. Probation Department for courtesy supervision. The defendant also falsified his employment and provided fraudulent pay stubs. | 7/2005 - 10/2005 |
| 2 | Standard Condition #5: The defendant has not been legitimately employed. | 6/24/2005 |

The defendant is sentenced as provided in pages **2 through 3** of this judgment. This sentence is imposed pursuant to the Sentencing Reform Act of 1984

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

7/10/2006
Date of Imposition of Judgment

*/s/ John Feikens*

John Feikens
United States Senior Judge

AUG 2 1 2006
Date Signed

245B [Rev. 12/03] Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

Judgment-Page 2 of 3

DEFENDANT: Daniel Lacks
CASE NUMBER: 01CR80812-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **11 months.**

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ a _____, with a certified copy of this judgment.

_____
United States Marshal

_____
Deputy United States Marshal

245B [Rev. 12/03] Judgment in a Criminal Case for Revocation
Sheet 5 - Criminal Monetary Penalties

Judgment-Page 3 of 3

DEFENDANT: Daniel Lacks
CASE NUMBER: 01CR80812-1

## CRIMINAL MONETARY PENALTIES

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS:** | $ 0.00 | $ 0.00 | $ 45537.72 |

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| **TOTALS:** | $ 0.00 | $ 0.00 | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.