[Rev. 12/03] Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

Judgment-Page 2 of 3

DEFENDANT: Daniel Lacks
CASE NUMBER: 01CR80812-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **11 months.**

The defendant is remanded to the custody of the United States Marshal.

## RETURN OF JUDGMENT & COMMITMENT



FILED
JAN - 5 2007
CLERK'S OFFICE
DETROIT

## RETURN

I have executed this judgment as follows:

Defendant delivered on __12/20/06__ to __FCI Milan__, a
_____, with a certified copy of this judgment.

_____C. Eichenlaub, Warden_____
United States Marshal

_____MWR 180-1817_____
Deputy United States Marshal